IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KONGMANY TANTHONGSACK,**

Petitioner,

v.  Civil Action No. **3:19CV340**

**JEFFREY CRAWFORD,** *et al.*,

Respondents.

## MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. Petitioner asked the Court to return a filed copy to him upon receipt and the Clerk mailed him such a copy. On May 16, 2019, the United States Postal Service returned the requested copy to the Court marked, "RELEASED." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court advised as to his current address indicates his lack of interest in prosecuting the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: **MAY 2 8 2019**
Richmond, Virginia